## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
CITIGROUP GLOBAL MARKETS INC., d/b/a SMITH BARNEY
v.
PAUL OBLON

Case Number:
FILED: APRIL 16, 2008
08CV2175          TC
JUDGE KENNELLY
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITIGROUP GLOBAL MARKETS INC., d/b/a SMITH BARNEY (Plaintiffs)

| | |
|---|---|
| NAME (Type or print)<br> Gary M. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Gary M. Miller | |
| FIRM<br> GRIPPO & ELDEN LLC | |
| STREET ADDRESS<br> 111 South Wacker Drive, Suite 5100 | |
| CITY/STATE/ZIP<br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> ARDC No. 06229867 | TELEPHONE NUMBER<br> (312) 704-7700 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☑          NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☑          NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☑          NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐