IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC., d/b/a SMITH BARNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL OBLON,<br><br>　　　　Defendant. | FILED: APRIL 16, 2008<br>08CV2175　　　TC<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE COLE<br><br>Case No. |

**CITIGROUP GLOBAL MARKETS INC.'S
CORPORATE DISCLOSURE STATEMENT**

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Citigroup Global Markets Inc., d/b/a Smith Barney, states that it is owned by Citigroup Financial Products Inc., which is owned by Citigroup Global Markets Holdings Inc. Citigroup Inc., a publicly traded company, owns Citigroup Global Markets Holdings Inc.'s stock.

Dated: April 16, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　CITIGROUP GLOBAL MARKETS INC.,
　　　　　　　　　　　　　　　　　　　　　　d/b/a SMITH BARNEY


　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Gary M. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Gary M. Miller
Daniel M. Hinkle
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL  60606
(312) 704-7700

148812v1