## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2175                    Assigned/Issued By: J. N.

Judge Name: KENNELLY                     Designated Magistrate Judge: COLE

---

### FEE INFORMATION

Amount Due:  ☑ $350.00     ☐ $39.00     ☐ $5.00
             ☐ IFP         ☐ No Fee     ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: 350                           Receipt #: 2700449

Date Payment Rec'd: 4-16-08                Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets              ☐ Other

☐ Writ _____                  _____
   *(Type of Writ)*                        _____
                                           *(Type of issuance)*

1  Original and  0  copies on  4-17-08  as to  DEFENDANT
                               *(Date)*