IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC., d/b/a SMITH BARNEY, | |
| Plaintiff, | Case No. 08-C-2175 |
| v. | Judge Matthew F. Kennelly |
| PAUL OBLON, | Magistrate Judge Cole |
| Defendant. | |

## NOTICE OF MOTION

TO: Paul Oblon
1533 Saranell Avenue
Naperville, L 60540

    PLEASE TAKE NOTICE that on **Thursday, April 17, 2008 at 11:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly in Room 2103 at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present for hearing **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**, a copy of which was served upon you April 16, 2008.

Dated: April 17, 2008

                                            CITIGROUP GLOBAL MARKETS INC., d/b/a
                                            SMITH BARNEY

                                            _/s/ Gary M. Miller_____
                                                 One of Its Attorneys

Gary M. Miller
Daniel M. Hinkle
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700

149016v1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused the foregoing **NOTICE OF MOTION** to be served on Defendant via the following this 17th day of April, 2006:

<u>via facsimile to</u>:

        Paul J. Oblon
        Wachovia Securities
        Facsimile No. (630) 548-6170

<u>and via email to</u>:

        Pete S. Michaels, Esq.
        Michaels, Ward & Rabinovitz, LLP
        12 Post Office Square
        4th Floor
        Boston, MA 02109
        psm@michaelsward.com

        John Burke
        Ice Miller LLP
        200 W. Madison Street
        Suite 3500
        Chicago, IL  60606
        john.burke@icemiller.com

        /s/ Gary M. Miller

148956v1