## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2175 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Citigroup vs. Oblon | | |

**DOCKET ENTRY TEXT**

Hearing held on motion for temporary restraining order and preliminary injunction. Motion for TRO is terminated as moot. Motion for preliminary injunction is granted. Enter Agreed Order for Preliminary Injunction against defendant Paul Oblon.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|