

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC., d/b/a SMITH BARNEY ) ) ) | |
| Plaintiff, ) | Case No. 08-C-2175 |
| ) | |
| v. ) | Judge Matthew F. Kennelly |
| ) | |
| PAUL OBLON, ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) ) | |

### ORDER

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction against Defendants Paul Oblon ("Oblon") is granted.

Accordingly, it is **ORDERED, ADJUDGED** and **DECREED** that:

1. A preliminary injunction is issued effective 11:00 a.m. on April 17, 2008.

2. Oblon and anyone working in conjunction with Oblon is enjoined and restrained, directly or indirectly, and whether alone or in concert with others, from:

   (a) destroying any of the records and/or information that Oblon removed from Smith Barney;

   (b) using, disclosing, or transmitting for any purpose – including the initiation of any contact with or the solicitation of Smith Barney clients – the information contained in the records of Smith Barney obtained by Oblon during his employment with Smith Barney, including, but not limited to, the names, addresses, and financial information of said clients;

149046v1

(c) using Smith Barney's client information to contact or solicit customers assigned to other Smith Barney brokers, including Konrad; and

(d) initiating any further contact or communication with, including soliciting any business from, customers whom Oblon had contact with or whose name became known to him while in the employ of Smith Barney (except those customers he identified to Smith Barney in writing at the time of his resignation);

3. That Paul Oblon be further ordered to deliver any and all original Smith Barney records and software, copies or other reproductions thereof, and any other documents containing information derived from those records, in whatever form, including electronic or computerized versions, to Smith Barney's counsel, within twenty-four hours (24) of notice to Paul Oblon or his counsel of the terms of this order;

4. That this order be binding upon Oblon, his agents, servants, employer and those in active concert or participation with him who receive actual notice of this order;

5. That this order remain in full force and effect until the Financial Industry Regulatory Association arbitration panel assigned to the arbitration of this matter rules on Smith Barney's request for a permanent injunction.

This order is issued this 17th day of April, 2008.

IT IS SO ORDERED

*[signature]*
United States District Judge

149046v1