# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2175 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Citigroup Global Markets, Inc. vs. Oblon | | |

**DOCKET ENTRY TEXT**

This case was filed in federal court based on purported diversity of citizenship jurisdiction. The complaint, however, identifies only the residency - not the citizenship - of the defendant. Unless plaintiff files an amended complaint by 5/10/08 establishing diversity of citizenship, the Court will dismiss the case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|