IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS INC., d/b/a SMITH BARNEY, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-C-2175 |
| v. | ) ) ) | Judge Matthew F. Kennelly |
| PAUL OBLON, | ) ) | Magistrate Judge Cole |
| Defendant. | ) ) ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a), this action is hereby dismissed in its entirety without prejudice, each party to bear its own costs.

AGREED:

**CITIGROUP GLOBAL MARKETS INC.,**  **PAUL OBLON**
**d/b/a SMITH BARNEY**

By: /s/Daniel M. Hinkle                          By: /s/John D. Burke (with consent)
    Gary M. Miller                                        John D. Burke
    Daniel M. Hinkle                                     Joan G. Ritchey
    GRIPPO & ELDEN LLC                          ICE MILLER LLP
    111 South Wacker Drive                          200 W. Madison, Suite 3500
    Chicago, IL 60606                                    Chicago, IL 60606
    (312) 704-7700                                           (312) 726-8148

514846.1

## CERTIFICATE OF SERVICE

I, Daniel M. Hinkle, an attorney, certify that on July 16, 2008, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** to be served via Electronic Mail Transmission via ECF as to Filing Users, and by U.S. Mail, postage prepaid, to non-Filing Users, upon the following counsel:

> John D. Burke
> Joan G. Ritchey
> ICE MILLER LLP
> 200 W. Madison, Suite 3500
> Chicago, IL 60606
> (312) 726-8148
>
> Pete S. Michaels, Esq.
> Michaels, Ward & Rabinovitz, LLP
> 12 Post Office Square
> 4th Floor
> Boston, MA 02109

/s/ Daniel M. Hinkle

514846.1