# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2175 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Citigroup vs. Oblon | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with plaintiff's attorney appearing. Status hearing continued to 7/30/2008 at 9:00 AM. Plaintiff's attorney is directed to notify defendant's attorney of the new date.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|