# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Citigroup Global Markets Inc.

                                    Plaintiff,

v.                                                        Case No.: 1:08–cv–02175
                                                          Honorable Matthew F. Kennelly

Paul Oblon

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

          MINUTE entry before the Honorable Matthew F. Kennelly: Case is dismissed without prejudice, pursuant to stipulation by the parties. Status hearing date of 7/30/2008 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.